UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA YOO LEE,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

*Defendant*.

Civil Action No. 21-0023 (DLF)

## ANSWER TO COMPLAINT

Defendant the U. S. Department of Homeland Security ("DHS") through undersigned counsel, respectfully answers Plaintiff's Amended Complaint. Defendant denies each and every allegation contained in the Amended Complaint not expressly admitted in this Answer. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Amended Complaint become known to Defendant through the course of the litigation.

## RESPONSES TO NUMBERED PARAGRAPHS

In response to the specifically enumerated paragraphs, as set forth in the Complaint, Defendant admits, denies, and otherwise avers as follows:

1. Paragraph 1 contains Plaintiff's characterization of this action to which no response is required.

2. Paragraph 2 consists of the identity of the Plaintiff to which no response is required and Defendant lacks knowledge and information to form a belief about the truth of the allegations.

3. Defendant admits paragraph 3 with the correction that DHS, is a department within the United States government.

4. Defendant admits paragraph 4.

5. Defendant admits the allegations in Paragraph 5 as to this Court's jurisdiction.

6. Defendant admits paragraph 6.

7. Defendant admits paragraph 7 based upon the submitted FOIA request to the OBIM. Defendant respectfully refers the Court to the FOIA requests for its complete and accurate content and, to the extent that this Paragraph mischaracterizes the FOIA request, Defendant denies the allegations.

8. Defendant admits paragraph 8 based upon the submitted FOIA request to the OBIM. Defendant respectfully refers the Court to the FOIA requests for its complete and accurate content and, to the extent that this Paragraph mischaracterizes the FOIA request, Defendant denies the allegations.

9. Defendant admits paragraph 9.

10. Defendant denies paragraph 10. DHS OBIM responded to the Plaintiff's FOIA request with a production of 1 page of responsive material in records accessible to OBIM. This production occurred on January 29, 2020, with partial redactions.

11. Defendant admits that DHS did not respond to the FOIA request as of the date of the Complaint. However, DHS OBIM fully responded to Plaintiff's FOIA request with the production of 1 page of responsive material in records accessible to OBIM on January 29, 2020.

12. Paragraph 12 consists of a statement of law to which no response is required.

13. Paragraph 13 consists of a statement of law to which no response is required.

14. Paragraph 14 consists of a statement of law to which no response is required.

15. Paragraph 15 consists of a statement of law to which no response is required.

16. Defendant denies paragraph 16 in that DHS OBIM responded to the Plaintiff's FOIA request with a production of 1 page of responsive material in records accessible to OBIM. This production occurred on January 29, 2020, with partial redactions.

17. Paragraph 17 consists of a statement of law to which no response is required.

18. Defendant denies paragraph 18 in that DHS OBIM responded to the Plaintiff's FOIA request with a production of 1 page of responsive material in records accessible to OBIM. This production occurred on January 29, 2020, with partial redactions.

19. Paragraph 19 consists of Plaintiff's request for relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Defendant reserves the right to amend, alter and supplement the responses and defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to the Defendant through the course of this litigation. Defendant denies any and all allegations in Plaintiff's Complaint not expressly admitted herein. Moreover, without waiving, limiting, modifying or amending the foregoing, Defendant asserts the following defenses, in the alternative where appropriate, and to the extent the pleadings and the evidence so indicate.

### First Defense

Plaintiff is not entitled to information or records protected from disclosure by one or more exemptions to the FOIA. 5 U.S.C. § 552.

### Second Defense

The Court lacks subject-matter jurisdiction to award relief that exceeds that authorized by FOIA.

**Third Defense**

To the extent Plaintiff's FOIA requests seek matters that are not "agency records," or seek matters exempt from disclosure under the FOIA, the Court lacks subject matter jurisdiction to compel the agency to produce such matters.

**Fourth Defense**

To the extent Plaintiff's FOIA requests seek matters that are not "agency records," or seek matters exempt from disclosure under the FOIA, the Complaint fails to state a claim upon which relief can be granted with respect to such matters.

Dated: March 17, 2021
Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*